# Order

Michigan Supreme Court
Lansing, Michigan

May 28, 2013

146507

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

WILLIAM CLYDE HENIX,
     Defendant-Appellant.

SC: 146507
COA: 312957
Saginaw CC: 10-034370-FH

_____/

On order of the Court, the application for leave to appeal the November 20, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 28, 2013 _____



h0520

Clerk